An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOROTHY MCSWEENY, AN
INDIVIDUAL; AND ANTHONY FURY,
AN INDIVIDUAL,
Appellants,
vs.
CALIFORNIA HOTEL AND CASINO, A
NEVADA CORPORATION D/B/A SAM'S
TOWN HOTEL GAMBLING HALL AND
BOWLING CENTER; AND
THYSSENKRUPP ELEVATOR
CORPORATION, A FOREIGN
CORPORATION,
Respondents.

THYSSENKRUPP ELEVATOR
CORPORATION, A FOREIGN
CORPORATION,
Appellants,
vs.
CALIFORNIA HOTEL AND CASINO, A
NEVADA CORPORATION D/B/A SAM'S
TOWN HOTEL GAMBLING HALL AND
BOWLING CENTER,
Respondents.

No. 60485

FILED

MAR 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees on appeal. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-07095

cc:   Hon. Doug Smith, District Judge
Ara H. Shirinian, Settlement Judge
Stovall & Associates
Kolesar & Leatham, Chtd.
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Eighth District Court Clerk